# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:05cv222

| | |
|---|---|
| PATRICIA COPELAND, Individually and as Administrator of the Estate of Johnnie Mack Copeland, deceased, 404 Coffield Road Edenton, North Carolina 27932 )<br><br>Plaintiff, )<br><br>Vs. )<br><br>MERCK & CO., INC., One Merck Drive Whitehouse Station, New Jersey 08889 )<br><br>Defendant. ) | ORDER |

**THIS MATTER** is before the court on defendant Merck & Co., Inc.'s Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation. Having considered defendant Merck & Co., Inc.'s motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant Merck & Co., Inc.'s Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation (#6) is **GRANTED,** and all proceedings in this matter are **STAYED** pending transfer by the Judicial Panel on Multidistrict Litigation.

**Signed: July 5, 2005**

*[signature: Dennis E. Howell]*

Dennis L. Howell
United States Magistrate Judge